**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RALPH YULFO and DENISE YULFO,

       Plaintiffs,

  v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,

       Defendants.

                       /

No. C 10-04654 CW

ORDER REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANT DEUTSCHE BANK'S MOTION TO DISMISS

    On October 21, 2010, Defendant Deutsche Bank National Trust Company moved to dismiss Plaintiffs Ralph Yulfo and Denise Yulfo's claims against it.  The hearing on the motion was initially set for December 10, 2010.  After Plaintiffs' action was reassigned to this Court, Deutsche Bank re-noticed the motion for hearing on January 6, 2011.  Plaintiffs, who are represented by counsel, failed to file an opposition, which was due December 16, 2010.

    Accordingly, Plaintiffs shall file their opposition to Deutsche Bank's motion by December 23, 2010, or their claims against it will be dismissed for failure to prosecute.  If an opposition is filed, Deutsche Bank's reply shall be due on December 30, 2010.  Deutsche Bank's motion will be taken under submission on the papers.  The Court VACATES the hearing set for January 6, 2011.

    IT IS SO ORDERED.

Dated:12/17/2010

_____
CLAUDIA WILKEN
United States District Judge