IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH YULFO and DENISE YULFO, | No. C 10-04654 CW |
| Plaintiffs, | ORDER TO DISMISS |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al., | |
| Defendants. | |

Pursuant to Plaintiffs' Notice of Voluntary Dismissal filed on December 23, 2010, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated 12/29/2010

CLAUDIA WILKEN
United States District Judge